[No. 15173-8-I. Division One. August 6, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK PAUL HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-01059-1, David C. Hunter, J., entered July 13, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 14921-1-I. Division One. August 6, 1986.]

McDONALD & McGARRY CO., ET AL, *Appellants*, v. SAFECO INSURANCE COMPANY OF AMERICA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-02551-4, James J. Dore, J., entered June 15, 1984. *Reversed* and *remanded* by unpublished opinion per Cole, J. Pro Tem., concurred in by Schumacher and Utter, JJ. Pro Tem.

[No. 7188-6-II. Division Two. August 6, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MILTON WAYNE BEGLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 83-1-00092-1, J. Dean Morgan, J., entered July 7, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.